UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. James Junior Batts**                                               Docket No. 7:11-CR-91-1BO

**Petition for Action on Supervised Release**

COMES NOW Kristyn Super, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of James Junior Batts, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess with Intent to Distribute 28 Grams or More of Cocaine Base (Crack), in violation of 21 U.S.C. § 846, Distribution of a Quantity of Cocaine Base (Crack), in violation of 21 U.S.C. § 841(a)(1), Distribution of 28 Grams or More of Cocaine Base (Crack), in violation of 21 U.S.C. § 841(a)(1), and Possession with Intent to Distribute 28 Grams or More of Cocaine Base (Crack) and Aiding and Abetting, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on January 13, 2012, to the custody of the Bureau of Prisons for a term of 84 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 48 months.

On January 21, 2015, the defendant's motion for sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) was granted and the previously imposed sentence of imprisonment was reduced to 70 months, effective November 1, 2015.

James Junior Batts was released from custody on May 11, 2016, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On July 15, 2016, Mr. Batts reported struggling with his sobriety since being released from custody and admitted to smoking marijuana on July 4, 2016. While the urinalysis screening has not yet been confirmed, it is noted that Mr. Batts has requested assistance with entering into substance abuse treatment.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

James Junior Batts
Docket No. 7:11-CR-91-1BO
Petition For Action
Page 2

Reviewed and approved,

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Kristyn Super
Kristyn Super
U.S. Probation Officer
200 Williamsburg Pkwy, Unit 2
Jacksonville, NC 28546-6762
Phone: 910-346-5104
Executed On: July 19, 2016

**ORDER OF THE COURT**

Considered and ordered this ___20___ day of ___July___, 2016, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge